# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| CHAD MCCLURE, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:18-cv-32 |
| v. | * | |
| A. HYERS, et al., | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 16. No party to this case has filed any Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's due process and equal protection claims. Plaintiff's deliberate indifference claims shall proceed against all Defendants.

**SO ORDERED**, this 23 day of July, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)