FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 9:38 am, Sep 22, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| CHAD MCCLURE, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:18-cv-32 |
| | * | |
| v. | * | |
| | * | |
| A. HYERS, et al., | * | |
| | * | |
| Defendants. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 91.  No party to this action filed Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's claims against Messrs. Dozier and Saul and Correct Care Solutions.  In addition, the Court **GRANTS in part** and **DENIES as moot in part** Defendant Lewis' Motion to Dismiss and

DISMISSES Plaintiff's claims against Defendant Lewis.

SO ORDERED, this __21__ day of __September__, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA