AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHAD MCCLURE,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 518-032

A. HYERS, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered March 23, 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the Order of this Court. Therefore, the Court GRANTS Defendant's Motion for Summary Judgment, DENIES Plaintiff in forma pauperis status on appeal, and CLOSES this case.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

March 26, 2021
Date

John E. Triplett, Acting Clerk
Clerk

Morgan A. Akins
(By) Deputy Clerk

GAS Rev 10/2020